```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
JAMES R. BROWN,
                                              STIPULATION OF DISMISSAL
                                                    11 CV 02382

                Plaintiff,

        -against-

PENNCRO ASSOCIATES, INC.,

                Defendant(s).

----------------------------------------x
```

AND NOW, this 4th day of August, 2011, it is hereby stipulated and agreed by and between counsel for plaintiff and defendant in the above captioned matter be dismissed with prejudice.


__S/_____         _____S/_____
For the plaintiff                  For the defendant
THOMAS P. HURLEY, ESQ.             ARTHUR SANDERS
Godwin, Gilmour & Hurley, LLP      Mel S. Harris & Associates, LLC.
1234 Delaware Avenue               5 Hanover Square, 8th Floor
Buffalo, NY 14209                  New York, NY  10004